UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
At Roanoke

UNITED STATES OF AMERICA,

V.                              Case #: 97-0018

LARRY DARNELL BELCHER,

          Defendant.

**PETITION FOR CERTIFIED COPY
NOTICE OF ENHANCEMENT FILED
PURSUANT TO 21 U.S.C. § 851**

    **NOW COMES**, defendant Larry Darnell Belcher, <u>pro se</u> and hereby respectfully moves the Court to direct the Clerk to provide him (Belcher) with a certified copy of the Notice of Enhancement filed in the above-captioned matter on September 8, 1997. It is further requested that the Court direct the Clerk to provide the copy of such notice that depicts the Clerk's filing data, particularly the <u>actual time</u> said notice was filed. Belcher is constructing his Motion for Modification of Sentence to be filed with the Court and must have access to the aforesaid information in order to accurately construct and present his arguments to the Court.

    **WHEREFORE**, premises considered, Belcher prays that the Court grant the instant petition.

Executed: 3-24-08

Respectfully submitted,

Larry Darnell Belcher
Reg. No.: 07207-084
FCC PETERSBURG MEDIUM POB 90043
PETERSBURG, VA 23804

LARRY DARNELL BELCHER
Reg. No.: 07207-084
FCC PETERSBURG MEDIUM
POB 90043
PETERSBURG, VA 23804

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
308 Richard H. Poff U.S. CtHse.
210 Franklin Road, SW
P.O. Box 1234
Roanoke, Va 24006-1234